UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUCTUS FUND, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ENDONOVO THERAPUETICS, INC.,<br>and ALAN COLLIER,<br><br>        Defendants. | CIVIL ACTION NO. 1:20-CV-11288-PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of Charles R. Bennett, Jr. of the law firm of Murphy & King Professional Corporation on behalf of Auctus Fund, LLC.

    Respectfully submitted,

    AUCTUS FUND, LLC

    By its counsel,

    */s/Charles R. Bennett, Jr.*
    Charles R. Bennett, Jr. (BBO #037380)
    MURPHY & KING, P.C.
    28 State Street, Suite 3101
    Boston, Massachusetts 02109
    Tel: 617-423-0400
    Fax: 617-423-0498
    cbennett@murphyking.com

Dated:  December 3, 2021

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUCTUS FUND, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ENDONOVO THERAPUETICS, INC.,<br>and ALAN COLLIER,<br><br>      Defendants. | CIVIL ACTION NO. 1:20-CV-11288-PBS |

### CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr. hereby certify that on December 3, 2021, I caused a copy of the foregoing *Notice of Appearance* to be served electronically upon all counsel of record via this Court's CM/ECF system.

Respectfully submitted,

*/s/Charles R. Bennett, Jr.*

Dated: December 3, 2021          Charles R. Bennett, Jr.